# United States District Court

NORTHERN DISTRICT OF CALIFORNIA            **E-Filing**

IO GROUP, INC., a California corporation,

V.

WEBNOVAS TECHNOLOGIES, INC., a
Canadian business entity type unknown, and
GONETMARKET INC., a Nevada corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 06 5334

JSW

TO: (Name and address of defendant)

GONETMARKET INC
c/o Eastbiz.com  (registered agent)
5348 Vegas Drive
Las Vegas, NV  89108

WEBNOVAS TECHNOLOGIES, INC.
184 Shorting Road
Toronto, Ontario M1S 3S7
CANADA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GILL SPERLEIN
THE LAW OFFICE OF GILL SPERLEIN
584 CASTRO STREET, SUITE 849
SAN FRANCISCO, CA  94114

415-378-2625
legal@titanmedia.com

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

AUG 3 0 2006
DATE

NAME ADDRESS AND TELEPHONE NUMBER:
GILL SPERLEIN (SBN 172887)
IO GROUP, INC.
69 Converse Street
San Francisco, CA 94103
Telephone: (415) 487-1211 x 32

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IO GROUP, INC., etc. | CASE NUMBER |
| Plaintiff, | C06 5334 JSW |
| V. | |
| WEBNOVAS TECHNOLOGIES, INC., etc., et al. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE; CORRESPONDENCE DATED AUGUST 31, 2006

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : GONETMARKET INC

    By serving      : Larry Johnson, Authorized Agent

    Address         : Eastbiz.com
                      5348 Vegas Drive
                      Las Vegas, NV 89108

    Date of Service : September 7, 2006

    Time of Service : 11:40 AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 8, 2006

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Nevada
Number

        198535

Signature: _____
           MARIO ROBINSON