GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 378-2625       *ORDER E-FILED ON 1/4/07*
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO:  C-06-05334 (HRL) |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO COMPLETE SETTLEMENT CONFERENCE** |
| vs. | |
| WEBNOVAS TECHNOLOGIES, INC., a Canadian business entity type unknown, and GONETMARKET INC., a Nevada corporation, | |
| Defendants. | |

At the initial case management conference on December 5, 2006, the Court ordered parties to complete a settlement conference with Magistrate Judge Maria-Elena James within ninety days.  Thus, the current deadline to complete the settlement conference is March 5, 2007.

On December 8, 2006, Judge James, ordered *sue sponte* that the Settlement Conference be held on March 9, 2007 at 10:00 a.m.

Plaintiff Io Group, Inc and Defendants Webnovas Technologies, Inc and Gonetmarket, Inc. hereby stipulate and agree to an order modifying the schedule set forth in the Court's December 5, 2006 Case Management Order extending the time to complete the settlement

1

1  conference to March 9, 2007 so that the Court's deadline corresponds to the settlement

2  conference date set by Judge James.

3

4  Dated: 1.3.2007                           THE LAW OFFICE OF GILL SPERLEIN

5                                            By:     */s/ Gill Sperlein*
                                                     GILL SPERLEIN
6                                                    584 Castro Street, Suite 849
7                                                    San Francisco, CA  94114
                                                     Telephone:  (415) 378-2625
8                                                    Facsimile (415)252-7747

9                                                    Attorney for Plaintiff
10                                                   Io Group, Inc.

11
   Dated:  12.28.2006                       WANG HARTMAN AND GIBBS PC
12
                                            By:     */s/ Richard Cauley*
13                                                  Richard Cauley
14                                                  1301 Dove Street, Suite 1050
                                                    New Port Beach, CA  92660-2812
15                                                  Telephone:  (949) 833-8483
                                                    Facsimile (949) 833-2281
16
17                                                  Attorneys for Defendants
                                                    Webnovas Technologies, Inc. and
18                                                  Gonetmarket, Inc.

19

20 **IT IS SO ORDERED**
21
22
23 Dated: _January 4, 2007_          _____
                                     **HOWARD R. LLOYD**
24                                   **UNITED STATES MAGISTRATE JUDGE**
25
26
27
28                                            2
   STIPULATION AND [PROPOSED] ORDER
   EXTENDING TIME TO COMPLETE SETTLEMENT CONFERENCE
   C-06-05334 (HRL)