**\*E-FILED ON 2/20/07\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., | No. C06-05334 HRL |
| Plaintiff, | **ORDER RE PARTIES' STIPULATED REQUEST FOR FURTHER EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE** |
| v. | |
| WEBNOVAS TECHNOLOGIES, INC. and GONETMARKET, INC., | |
| Defendant. | |

On December 5, 2006, the parties were referred to Magistrate Judge Maria-Elena James for an early settlement conference, with the conference to be completed within ninety days. At the parties' request, that deadline subsequently was extended to March 9, 2007. The parties now request a further extension of time to complete the settlement conference to April 6, 2007 because defendants have "encountered an unavoidable scheduling conflict."

The stated need for another extension is vague, and it is not clear whether there is good cause for the request. Nevertheless, the court will extend the deadline for the parties' early settlement conference to April 6, 2007. However, this court will not grant any further extensions of this deadline. Further, the fact that this extension is being granted will not be considered good cause for future requests (if any) to extend other deadlines set by this court's December 5, 2006 Case Management Order.

IT IS SO ORDERED.

Dated:   February 16, 2007



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**5:06-cv-5334 Notice will be electronically mailed to**:

Richard F. Cauley rcauley@jcpw.com, faiza@jcpw.com

Dennis Gill Sperlein legal@titanmedia.com
Gill Sperlein sperlein@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

3