1 | Richard F. Cauley (CSB# 109194)
2 | Peter O. Huang (CSB# 203999)
  | Wang, Hartmann & Gibbs PLC
3 | 1301 Dove Street, Suite 1050
  | Newport Beach, CA 92660-2812        *ORDER E-FILED: 5/24/2007*
4 | Telephone:   (949) 833-8483
  | Facsimile:   (949) 833-2281
5 |
6 | Attorneys for Webnovas Technologies, Inc.
  | and Gonetmarket Inc.
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                   NORTHERN DISTRICT OF CALIFORNIA
10 | IO GROUP, INC., a California corporation,    CASE NO. C-06-5334-HRL
11 |                  Plaintiff,
                                                  STIPULATION OF DISMISSAL WITH
12 |        v.                                    PREJUDICE
13 | WEBNOVAS TECHNOLOGIES, INC., a               AND ORDER
14 | Canadian business entity type unknown, and
  | GONETMARKET INC., a Nevada
15 | corporation,
16 |                  Defendants.
17 |
18 |
...
28 |

- 18 -

SETTLEMENT AGREEMENT

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

The parties to this action, Plaintiff Io Group, Inc., and Defendants Webnovas Technologies, Inc. and Gonetmarket, Inc., hereby stipulate by and through their counsel of record that they have reached a Settlement Agreement and have agreed to stipulate to dismissal with prejudice of the claims pending in this action.

This Court shall retain jurisdiction for purposes of enforcing the Settlement Agreement.

IT IS SO STIPULATED:

THE LAW OFFICE OF GILL SPERLEIN

Dated: 5·16·2007

By: _____
Gill Sperlein
Attorney for Plaintiff Io Group, Inc.

WANG, HARTMANN & GIBBS, P.L.C.

Dated: May 18, 2007

By: _____
Richard F. Cauley
Attorneys for Defendants

IT IS SO ORDERED,

Dated May 24, 2007

_____
United States Magistrate Judge
Howard R. Lloyd

- 19 -
SETTLEMENT AGREEMENT