1  Richard F. Cauley (CSB# 109194)
   Peter O. Huang (CSB# 203999)
2  Wang, Hartmann, Gibbs & Cauley PLC                    **\*ORDER E-FILED 5/23/2008\***
3  1301 Dove Street, Suite 1050
   Newport Beach, CA 92660-2812
4  Telephone:   (949) 833-8483
   Facsimile:   (949) 833-2281
5
6  Attorneys for Webnovas Technologies, Inc.
   and Gonetmarket Inc.
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10 | IO GROUP, INC., a California corporation, | CASE NO. C-06-5334-JSW
11 |                                            |
   |         Plaintiff,                         | **STIPULATION TO DESTROY USER
12 |                                            | NAME AND PASSWORD
   |    v.                                      | INFORMATION HELD BY THE
13 |                                            | COURT**
   | WEBNOVAS TECHNOLOGIES, INC., a             |
14 | Canadian business entity type unknown, and | **AND ORDER**
   | GONETMARKET INC., a Nevada                 |
15 | corporation,                               |
16 |         Defendants.                        |

## STIPULATION AND [PROPOSED] ORDER

On May 1, 2007, Magistrate Judge Maria-Elena James issued an Order as part of the settlement of the above-captioned matter (which Magistrate Judge James successfully mediated). The Court agreed to hold a User Name and Password related to the domain name, www.xtube.com, for safe-keeping as collateral in case the Defendants missed a settlement payment and failed to cure such a non-payment. The Court has retained jurisdiction for purposes of enforcing the settlement agreement.

Pursuant to the Order, the Defendants filed the User Name and Password as a hard copy document with the Clerk of the Court.

The Defendants have exercised the early payment option of the settlement agreement and completely fulfilled all of their payment obligations for the full settlement amount.

The parties to this action, Plaintiff Io Group, Inc., and Defendants Webnovas Technologies, Inc. and Gonetmarket, Inc., hereby stipulate by and through their counsel of record that in light of the fact that the payment under the settlement agreement has been fully completed, the above-referenced User Name and Password information should be destroyed for security reasons as it is no longer necessary as part of the settlement process.

IT IS SO STIPULATED:

THE LAW OFFICE OF GILL SPERLEIN

Dated: April 10, 2008         By: _____
                                  Gill Sperlein
                                  Attorney for Plaintiff Io Group, Inc.


WANG, HARTMANN & GIBBS, P.L.C.

Dated: April 10, 2008         By: _____
                                  Richard F. Cauley
                                  Attorneys for Defendants

IT IS SO ORDERED,

Dated      May 23, 2008

_____
United States Magistrate Judge
Howard R. Lloyd

STIPULATION AND [PROPOSED] ORDER